INTERNAL REVENUE SERVICE
# DESIGNATION

Beth McCarthy
_____
*(Name)*

## IS DESIGNATED TO ACT AS:

Program Manager
_____
*(Title of Position)*

Offshore Compliance Initiative
_____

| FROM | TO |
|---|---|
| Monday October 15, 2018 | COB Friday October 19, 2018 |

*REMARKS*

During this period, Beth is authorized to sign off on any official correspondence on my behalf.

Beth can be reached by Skype, by email at Elizabeth.A.McCarthy@irs.gov, or by phone at (636) 255-1352.

**Government Exhibit**

A

| SIGNATURE | DATE |
|---|---|
| Bryan Stiernagle  Digitally signed by Bryan Stiernagle DN: cn=Bryan Stiernagle, o=IIC, ou=LBI, email=bryan.r.stiernagle@irs.gov, c=US Date: 2018.10.11 08:24:18 -05'00' | 10-11-2018 |

TITLE

Program Manager, WIIC

COPY TO:   WIIC direct reports and OCI managers

Form **10247** (11-96)     Catalog Number 23153K          Department of the Treasury-Internal Revenue Service
*Previously issued as SWR ADM-120 (8-75)*