# THE LOHMEYER LAW FIRM LLP

A LIMITED LIABILITY PARTNERSHIP
820 MAIN STREET, SUITE 100
KERRVILLE, TEXAS 78028
TELEPHONE 830-258-4219
FACSIMILE 830-257-6119

FRED LOHMEYER*
flohmeyer@thelohmeyerlawfirm.com

*BOARD CERTIFIED-ESTATE PLANNING AND PROBATE LAW

October 16, 2018

Ms. Vivian Bodey, Senior Counsel
Internal Revenue Service, Office of Chief Counsel
4050 Alpha Road, MC 2000NDAL
13th Floor, Room 1357
Dallas TX 75244

Re:   Taylor Lohmeyer Law Firm PLLC

Dear Ms. Bodey:

I have enclosed the original signed Waiver of Service, as requested.

Sincerely,

THE LOHMEYER LAW FIRM LLP

By: _____
Fred Lohmeyer

**Government Exhibit C**

## Waiver of Service

Taylor Lohmeyer Law Firm, PLLC wishes to waive the methods of service proscribed by I.R.C. section 7603 and will instead accept service of the summons via email. Taylor Lohmeyer Law Firm, PLLC will not raise service of the summons as a defense to summons enforcement.

*[signature]*
Fred Lohmeyer
Taylor Lohmeyer Law Firm, PLLC

Date: 10-16-18