UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TAYLOR LOHMEYER LAW FIRM PLLC, § § *Petitioner*, § § v. § § UNITED STATES OF AMERICA, § § *Respondent*. § | Civil Action No.: SA-18-CV-1161-XR |

## NOTICE OF APPEAL

Taylor Lohmeyer Law Firm PLLC gives notice that it intends to appeal to the United States Court of Appeals for the Fifth Circuit the District Court's "Order" entered on May 15, 2019 (Document No. 15).

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY

By: */s/ Steven J. Knight*
STEVEN J. KNIGHT
State Bar No. 24012975
steven.knight@chamberlainlaw.com
1200 Smith Street, Suite 1400
Houston, Texas  77002
(713) 658-1818

## CERTIFICATE OF SERVICE

I certify that this notice of appeal was filed in this matter via the Court's CM/EDF system on June 3, 2019, with electronic notice to the following counsel of record for the United States of America.

Curtis Cutler Smith
Steven Woodliff
United States Department of Justice
Tax Division
717 N. Harwood, Ste. 400
Dallas, Texas 75201

                                             */s/ Steven J. Knight*
                                             STEVEN J. KNIGHT

3360199.v1