## United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
OCT - 6 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

October 06, 2021

Ms. Jeannette Clack
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 78206

No. 19-50506   Taylor Lohmeyer Law Firm P.L.L v. USA
               USDC No. 5:18-CV-1161-XR

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Stacy M. Carpenter, Deputy Clerk

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

FILED
OCT − 6 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 4, 2021

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re: Taylor Lohmeyer Law Firm P.L.L.C.
v. United States
No. 20-1596
(Your No. 19-50506)

5:18-cv-1161-XR

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk


U.S. COURT OF APPEALS
RECEIVED
OCT 04 2021
FIFTH CIRCUIT