IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TAYLOR LOHMEYER LAW FIRM PLLC | ) | |
| | ) | Case No. 5:18-cv-01161-XR |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent/Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TAYLOR LOHMEYER LAW FIRM PLLC | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is the United States' Unopposed Motion to Reopen Case, Lift Stay and Order Production of Documents.  There being no objection, the Court **GRANTS** the unopposed motion.  This clerk is **ORDERED** to administratively re-open the case, the stay imposed by the Court's Order of October 3, 2019 is **LIFTED**, and Taylor Lohmeyer Law Firm, PLLC is Ordered to comply with the IRS summons at issue by **January 3, 2022**.

SIGNED this _____ day of December, 2021

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE