# EXHIBIT A



# CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
### ATTORNEYS AT LAW

CHARLES J. "CHAD" MULLER, III
SHAREHOLDER
DIRECT: 210.507.6505
CHAD.MULLER@CHAMBERLAINLAW.COM

112 EAST PECAN STREET, SUITE 1450
SAN ANTONIO 78205
210.253.8383        800.342.5829
FAX: 210.253.8384

SAN ANTONIO
HOUSTON
ATLANTA
PHILADELPHIA

February 1, 2022

**_Via E-mail (curtis.c.smith@usdoj.gov)_**
Curtis C. Smith
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood Street, Suite 400
Dallas, Texas 75201

Re:    Case No. 5:18-cv-01161; Taylor Lohmeyer Law Firm PLLC v. United States of America; in the United States District Court for the Western District of Texas, San Antonio Division

Dear Mr. Smith:

Pursuant to the Court's order dated December 10, 2021, we are producing Taylor Lohmeyer Law Firm PLLC's original files, consisting of 17 banker boxes, responsive to the summons at issue. This production is not voluntary and is made under protest in response to the final Order of the Hon. District Court for the Western District of Texas. We are not authorized to waive the clients' privileges, including the attorney-client privilege and possibly other privileges. This production should not be considered a waiver of the attorney-client privilege or the work product privilege belonging to the Taylor Lohmeyer Firm and to Fred Lohmeyer. We believe that it is the responsibility of the government to address these privilege issues by appropriate review procedures, including the implementation of a taint team. We also note that these records may contain confidential tax return information protected by I.R.C. § 6103.

Please let us know the identities of the individual(s) who will be collecting the records and when they intend to collect them. Our office is generally open from 8am to 5pm Monday through Friday.

Respectfully,

Charles J. Muller III

4358773.v2