# EXHIBIT B



**U.S. Department of Justice**

**Tax Division**

717 N. Harwood     Main Line: 214-880-9721
Dallas, Texas 75201    Attorney's Direct Line: 214-880-9734
Suite 400    Fax: 214-880-9741/9742

DAH:CEM:CCSmith
DJ: 5-76-30346
CMN: 2019100259

**VIA EMAIL**             March 2, 2022

Chad Muller
Leo Unzeitig
Chamberlain Hrdlicka
112 East Pecan Street, Suite 1450
San Antonio, Texas 78205

       Re:    Taylor Lohmeyer Law Firm PLLC v. United States
              SA-18-CV-1161-XR (W.D. Tex.)

Dear Mr. Muller:

      In response to the summons of the Internal Revenue Service, and the Court orders in this matter, Taylor Lohmeyer has insisted on making available for retrieval 17 banker boxes of original (non-copied, non-Bates-stamped) documents at your law firm. Accordingly, the United States has contracted with a third-party (Leidos) to retrieve and scan the documents on behalf of the government. As discussed, we anticipate these documents will be retrieved today. After scanning, the electronic copies will be delivered to the IRS, and I will coordinate the logistics of Leidos returning the original documents to you. Please have Mr. Lohmeyer execute the declaration from your February 10, 2022 email. I will be in contact with you at a later time regarding whether or not Mr. Lohmeyer's live testimony is still needed.

      Please contact me at (214) 880-9734, or by email at Curtis.C.Smith@usdoj.gov, if you have any questions or concerns at this time.

CURTIS C. SMITH
Trial Attorney
Civil Trial Section
Southwestern Region