# EXHIBIT C

## **DECLARATION OF FRED LOHMEYER**

The undersigned, having been made aware that this declaration is under penalty of perjury, states as follows:

The files and records of Taylor Lohmeyer, PLLC, produced to the government under transmittal letter dated February 1, 2022, a copy of which is attached hereto and the terms of which are incorporated by reference, are all of the files and records responsive to the Court's Order dated December 10, 2021.

Pursuant to the provisions of 28 U.S.C. § 1746, I, Fred Lohmeyer, the undersigned, declare under penalties of perjury that the foregoing statements are true and correct. I understand I am subject to criminal penalty under the laws of the United States for an intentionally false declaration. Executed on this 7th day of March, 2022.

_____

FRED LOHMEYER

4398465.v1

# CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| CHARLES J. "CHAD" MULLER, III<br>SHAREHOLDER<br>DIRECT: 210.507.6505<br>CHAD.MULLER@CHAMBERLAINLAW.COM | 112 EAST PECAN STREET, SUITE 1450<br>SAN ANTONIO 78205<br>210.253.8383     800.342.5829<br>FAX: 210.253.8384 | SAN ANTONIO<br>HOUSTON<br>ATLANTA<br>PHILADELPHIA |

February 1, 2022

*Via E-mail (curtis.c.smith@usdoj.gov)*
Curtis C. Smith
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood Street, Suite 400
Dallas, Texas 75201

Re:  Case No. 5:18-cv-01161; Taylor Lohmeyer Law Firm PLLC v. United States of America; in the United States District Court for the Western District of Texas, San Antonio Division

Dear Mr. Smith:

Pursuant to the Court's order dated December 10, 2021, we are producing Taylor Lohmeyer Law Firm PLLC's original files, consisting of 17 banker boxes, responsive to the summons at issue. This production is not voluntary and is made under protest in response to the final Order of the Hon. District Court for the Western District of Texas. We are not authorized to waive the clients' privileges, including the attorney-client privilege and possibly other privileges. This production should not be considered a waiver of the attorney-client privilege or the work product privilege belonging to the Taylor Lohmeyer Firm and to Fred Lohmeyer. We believe that it is the responsibility of the government to address these privilege issues by appropriate review procedures, including the implementation of a taint team. We also note that these records may contain confidential tax return information protected by I.R.C. § 6103.

Please let us know the identities of the individual(s) who will be collecting the records and when they intend to collect them. Our office is generally open from 8am to 5pm Monday through Friday.

Respectfully,

Charles J. Muller III

4358773.v2